IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| TAMMY ESTES, | : |
| Plaintiff(s), | : |
| | : Case Number: 1:07cv299 |
| vs. | : |
| | : District Judge Susan J. Dlott |
| COMMISSIONER OF SOCIAL SECURITY, | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Timothy S. Black filed on November 29, 2007(Doc. 10), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired December 19, 2007, hereby ADOPTS said Report and Recommendations.

Accordingly, it is ORDERED that Plaintiff's complaint is **DISMISSED** for lack of prosecution and this case is **CLOSED.**  *Link,* 370 U.S. at 630-31; *Walker v. Dallman*, No. 92-3817, 1993 U.S. App. LEXIS 4661, at *3-4 (6th Cir. Mar. 4, 1993).

IT IS SO ORDERED.

    s/Susan J. Dlott
Susan J. Dlott
United States District Judge